# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 19- |
| v. | : | Date: Sept. 4, 2019 |
| ROBERT BRENNAN | : | Violations:<br>18 U.S.C. § 1001 (making a material false statement – 4 counts) |
| | : | |

## REDACTED
## INDICTMENT

## COUNTS ONE THROUGH FOUR

**THE GRAND JURY CHARGES THAT:**

At all times material to the indictment:

1. Defendant ROBERT BRENNAN was a Catholic priest ordained on May 16, 1964, who served in the Archdiocese of Philadelphia. From in or about December 1993 to in or about June 2004, defendant BRENNAN served as a priest at Resurrection of Our Lord parish in Philadelphia, Pennsylvania ("Resurrection").

2. In or about September 2013, the Office of the District Attorney of the City of Philadelphia filed criminal charges against defendant ROBERT BRENNAN, alleging that he had sexually abused a minor, S.M., during defendant BRENNAN's stint at Resurrection ("the criminal allegations"). Defendant BRENNAN was arrested on September 26, 2013.

3. On or about October 13, 2013, S.M. died of a drug overdose. The criminal charges against defendant ROBERT BRENNAN subsequently were dismissed.

4. In or about November 2013, the M. family filed a civil suit against the Archdiocese of Philadelphia and defendant ROBERT BRENNAN ("the civil lawsuit"). The Archdiocese of Philadelphia settled the civil lawsuit for an undisclosed amount on or about May 2, 2018.

5. On or about April 25, 2019, in the District of Maryland and the Eastern District of Pennsylvania, defendant

**ROBERT BRENNAN,**

in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive branch of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, in that defendant BRENNAN:

| COUNT | DESCRIPTION |
|---|---|
| 1 | Stated that prior to the criminal allegations and civil lawsuit, he did not know S.M. , when in fact he previously knew S.M. ; |
| 2 | Stated that prior to the criminal allegations and civil lawsuit, he did not know S.M.'s father, M.M. Sr. ., when in fact he previously knew M.M. Sr. .; |
| 3 | Stated that prior to the criminal allegations and civil lawsuit, he did not know S.M.'s mother, D.M. , when in fact he previously knew D.M. ; |
| 4 | Stated that prior to the criminal allegations and civil lawsuit, he did not know S.M.'s brother, M.M. Jr. ., when in fact he previously knew M.M. Jr. |

Each of these statements was made in a matter related to an offense under chapter 109A, 110, 117 and Section 1591 of Title 18 of the United States Code.

All in violation of Title 18, United States Code, Section 1001.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

*[signature]*
**WILLIAM M. MCSWAIN**
**UNITED STATES ATTORNEY**