# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| | : | CRIMINAL ACTION |
| | : | No. 19-cr-507 |
| v. | : | |
| | : | |
| ROBERT BRENNAN | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this **5th** of **May, 2021**, it is **ORDERED** that Mr. Brennan's Motion to Suppress Statements for Violation of the Fifth Amendment to the United States Constitution (ECF No. 55 and 64) and Motion to Suppress Statements for Violation of Pa. R. Prof'l Conduct 4.2 and 8.4 (ECF No. 72) are **DENIED**. It is further **ORDERED** that the government's Motion in Limine and Motion to Quash Subpoenas (ECF No. 93 and 96) are **DENIED** as moot.

    S/Anita B. Brody
ANITA B. BRODY, J.

XC: Speedy Trial

COPIES VIA ECF            COPIES MAILED 05-05-2021 TO:
Robert Brennan, defendant