# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL ACTION |
| | : | No. 19-cr-507 |
| v. | : | |
| | : | |
| ROBERT BRENNAN | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this **1st** of **June, 2021**, it is **ORDERED** that Mr. Brennan's Motion to Dismiss the Indictment Due to Outrageous Government Conduct (ECF No. 71) is **DENIED**.


   *S/Anita B. Brody*
ANITA B. BRODY, J.

**XC: Speedy Trial**

**COPIES VIA ECF**  Copies mailed **06-01-2021** to:
**Robert Brennan, defendant**